BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00016 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO ADVANCE STATUS |
| v. | ) | CONFERENCE; |
| | ) | ORDER THEREON |
| ALFREDO COLORADO, | ) | Date: October 3, 2011 |
| aka Jose Alfredo Colorado Munoz, | ) | Time: 9:00 a.m. |
| | ) | Dept: Hon. Anthony W. Ishii |
| Defendant. | ) | |

  IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference for defendant ALFREDO COLORADO, aka Jose Alfredo Colorado Munoz, in the above-referenced action now scheduled for October 24, 2011, at 9:00 a.m. is advanced to **October 3, 2011, at 9:00 a.m.**

  The advancement of the sentencing hearing is being requested by the parties to allow the case to proceed with all five defendants appearing on the same date.

  The parties agree that the time between the defendant's arraignment on August 26, 2011 and the new status conference date on

**Stipulation to Advance Status Conference;**
**Order Thereon**

October 3, 2011 shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: September 29, 2011        /s/Renee Gardner
                                 RENEE YVONNE GARDNER
                                 Attorney for Defendant
                                 ALFREDO COLORADO, aka
                                 Jose Alfredo Colorado Munoz

Dated: September 29, 2011        BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  /s/Henry Z. Carbajal III
                                 HENRY Z. CARBAJAL III
                                 Assistant U.S. Attorney

   IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:    September 29, 2011          _____
                                      CHIEF UNITED STATES DISTRICT JUDGE

**Stipulation to Advance Status Conference;**
**Order Thereon**                   2