Renée Yvonne Gardner, SBN 242885
**LAW OFFICES OF PAUL A. NOBOA**
1625 The Alameda, Ste. 711
San Jose, CA 95126-2225
Telephone: (408) 294-3333

Attorney for Defendant
JOSE ALFREDO COLORADO MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CR-00016 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; |
| v. | ORDER |
| JOSE ALFREDO COLORADO MUNOZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, Henry Z. Carbajal III, Assistant United States Attorney, counsel for Plaintiff, and Renée Yvonne Gardner, counsel for Defendant Jose Alfredo Colorado Munoz, that the **sentencing hearing in the above-referenced matter now set for September 17, 2012 may be continued to November 19, 2012.**

This continuance is requested by defense counsel because the probation interview is set on September 10, 2012 with United States Probation Officer Sarah L. Kirk. Upon Officer Kirk's preparation of the draft report, the defense and the government will need time to receive and review the draft probation report, prepare and serve informal objections to probation and opposing counsel, and file objections with the court and serve them on probation and opposing counsel.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

Dated: September 10, 2012   By:   /s/ HENRY Z. CARBAJAL III
                                   Assistant United States Attorney

Stipulation To Continue Sentencing Hearing; [Proposed] Order

Dated: September 10, 2012

/s/ RENÉE YVONNE GARDNER
Attorney for Defendant
JOSE ALFREDO COLORADO MUNOZ

**ORDER**

IT IS SO ORDERED.

Dated:     September 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE